question, this court lacks jurisdiction over challenges to factual determinations or laws or regulations as applied to the particular case. 38 U.S.C. § 7292(d)(2).

Although Camillo asserts that his arguments involve an issue of regulatory interpretation, this court must look beyond the appellant's characterization of the issues to determine whether they fall within the jurisdiction of this court. *Flores v. Nicholson,* 476 F.3d 1379, 1382 (Fed.Cir.2007); *Helfer v. West,* 174 F.3d 1332, 1335 (Fed. Cir.1999). Here, Camillo's arguments are aimed at how the Board and the court weighed the medical opinions and applied the law to the facts of his claim. Because we agree with the Secretary that this court lacks jurisdiction, we must dismiss Camillo's appeal.

Accordingly,

IT IS ORDERED THAT:

(1) The Secretary's motions are granted.

(2) Each side shall bear its own costs.

**Eyal RAZ, Appellant,**

v.

**Arthur M. KRIEG and Joel Kline, Appellees.**

No. 2009–1245.

United States Court of Appeals, Federal Circuit.

June 3, 2009.

Oliver R. Ashe, Jr., Ashe, P.C., Reston, VA, for Appellant.

Lawrence M. Green, Wolf, Greenfield & Sacks, P.C., Boston, MA, for Appellees.

ON MOTION

*ORDER*

Upon consideration of the appellant's motion to withdraw this appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

**In re Scott C. HARRIS.**

No. 2009–1309.

United States Court of Appeals, Federal Circuit.

June 3, 2009.

Raymond T. Chen, Patent & Trademark Office, Arlington, VA, for Appellee.

Scott C. Harris, Rancho Santa Fe, CA, pro se.

ON MOTION

*ORDER*

Upon consideration of the appellant's motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

**ROLEX WATCH U.S.A., INC.,**
**Plaintiff–Appellee,**

v.

**Jaime E. VIRTUCIO (doing business aswww.radicalreplicas.com),**
**Defendant–Appellant.**

No. 2009–1272.

United States Court of Appeals,
Federal Circuit.

June 5, 2009.

Jaime E. Virtucio, Bloomfield, NJ, pro se.

Russell S. Burnside, Greenberg Dauber Epstein, Newark, NJ, for Plaintiff–Appellee.

ON MOTION

*ORDER*

The court treats the notice of withdrawal, filed by Jaime E. Virtucio and transmitted to this court by the United States District Court for the District of Columbia, as a motion to voluntarily dismiss this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) This appeal is dismissed.

(2) Each side shall bear its own costs.

**KARL STORZ GMBH &**
**CO. KG, Appellant,**

v.

**BAUSCH & LOMB INCORPORATED,**
**Appellee.**

No. 2008–1558.

United States Court of Appeals,
Federal Circuit.

June 9, 2009.

Floyd A. Mandell, Jenny Louise Johnson, Cathay Y.N. Smith, Katten Muchin Rosenman, LLP, Chicago, IL, for Appellee.